**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar Noe SANCHEZ–LARIOS,
Defendant–Appellant.**

**No. 11–10121.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 24, 2012.

Pamela Martin, Assistant U.S. Attorney, Robert Lawrence Ellman, Esquire, Assistant U.S. Attorney, Daniel D. Hollingsworth, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Mario D. Valencia, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Oscar Noe Sanchez–Larios appeals from his guilty-plea conviction and 97–month sentence for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez–Lar-

ios's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.